

*Lee Reed #1105428*
Name
*High Desert State Prison*

*P.O. Box 650*

*Indian Springs, N.V. 89070*
Prison Number



FILED
ENTERED

COUNSEL/PARTIES OF RECORD

MAR 30 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

*Lee Reed # 1105428*,            )
                                 Plaintiff,  )
                                              )
                                              )
vs.                                           )
                                              )
*The State of Nevada ex Rel The N.D.O.C.*    )
                                              )
*Director James Dzurenda*,       )
                                              )
*Warden Brian Williams*,         )
                                              )
*A.W. Jeremy Bean*,              )
                                              )
*A.W. Jennifer Nash*,            )
*H.D.S.P Medical Provider* Defendant(s).  )

# 2:20-cv-00623-RFB-DJA

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

### A. JURISDICTION

1)      This complaint alleges that the civil rights of Plaintiff, *Lee Reed #1105428*,
                                                                  (Print Plaintiff's name)

who presently resides at *P.O. Box 650 Indian Springs, N.V. 89070* were

violated by the actions of the below named individuals which were directed against

Plaintiff at *High Desert State Prison*            on the following dates
              (institution/city where violation occurred)

*2017 - 2020*          ,                      , and                     .
     (Count I)                (Count II)                  (Count III)

Revised 10-7-16

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant *James Dzurenda*          resides at 5500 Snyder Ave, Carson City N.V. ,
      (full name of first defendant)          (address if first defendant)
and is employed as *N.D.O.C. Director*          . This defendant is sued in his/her
          (defendant's position and title, if any)
  ✓ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: *Nevada Department of Corrections*

3) Defendant *Brian Williams*          resides at 22010 Cold Creek Rd, Indian Springs N.V. 89070
      (full name of first defendant)          (address if first defendant)
and is employed as *H.D.S.P. Warden*          . This defendant is sued in his/her
          (defendant's position and title, if any)
  ✓ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: *Nevada Department of Corrections*

4) Defendant *Jeremy Bean*          resides at 22010 Cold Creek Rd. Indian Springs, N.V. 89070
      (full name of first defendant)          (address if first defendant)
and is employed as *H.D.S.P Assistant Warden*          . This defendant is sued in his/her
          (defendant's position and title, if any)
  ✓ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: *Nevada Department of Corrections*

5) Defendant *Jennifer Nash*          resides at 22010 Cold Creek Rd, Indian Springs N.V. 89070
      (full name of first defendant)          (address if first defendant)
and is employed as *H.D.S.P Assistant Warden*          . This defendant is sued in his/her
          (defendant's position and title, if any)
  ✓ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: *Nevada Department of Corrections*

6) Defendant *H.D.S.P. Medical Provider* resides at _____ ,
   (full name of first defendant)                  (address if first defendant)
and is employed as *Medical Providers* . This defendant is sued in his/her
                (defendant's position and title, if any)
   ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: *Nevada Department of Corrections*
_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish
to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)     Briefly state the background of your case.

*While incarcerated at High Desert State Prison, on three separate occasions, once in December 2017, again in January 2019, and again in 2020, medical Doctors/staff ordered that Plaintiff be allowed to purchase orthopedic shoes. Yet High Desert State Prison Administration continues to deny and delay plaintiffs treatment ordered by numerous medical providers.*

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT III

The following civil rights has been violated: *Eighth Amendment right to Protection against Cruel and Unusual Punishment, deliberate indifference, and unnecessary and wanton infliction of pain*

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

1) At all times referenced herein, there was a policy, practice or custom created and or promoted by Defendant James Dzurenda, carried out by Brian Williams, and implemented by Jeremy Bean and Jennifer Nash. As a result High Desert State Prison administration feels empowered to violate Constitutional rights of Plaintiff and other inmates.

2) At all times referenced herein Defendants Dzurenda and Williams had the duty, authority and obligation to properly train employees and reprimand or terminate those who violate the rights of Inmates at High Desert State Prison.

3) Defendants Dzurenda and Williams, failed to properly train employees, because employees were trained under inadequate policies or customs that allow and or require employees to violate Constitutional rights of Plaintiff.

4) On December 22, 2014 Plaintiff was seen in urgent clinic by medical provider.

5) Medical provider ordered that Plaintiff be allowed to order orthopedic shoes from a state issued catalog. (See Exhibit I)

6) On Information and belief Plaintiff was informed by Jeffery

4

Depenbrock (another inmate) who had been previously allowed to order, and currently was ordering orthopedic shoes. That approval from A.W. Bean was also needed, to purchase shoes from an outside vendor.

7) On February 26, 2018 Plaintiff sent a inmate request to the A.W. (See Exhibit 2) to confirm if a mailorder shoe catalog (Eastbay) was an approved vendor for purchasing orthopedic shoes.

8) In response on February 28, 2018 an unknown SGT. Informed Plaintiff that approval by medical "and" an A.W. was needed, and medical has to purchase.

9) On March 4, 2018 Plaintiff sent a inmate request to George the medical Scheduler (See Exhibit 3) seeking information on the procedure for purchasing orthopedic shoes.

10) In response George stated, per canteen you have to fill out a special order form.

11) On information and belief, after being provided with this information Plaintiff spoke with canteen worker Miller personally, while receiving weekly canteen delivery, and asked, is it true that orthopedic shoes are purchased via special order? Miller provided the response of no, they are not.

12) On March 25, 2018 Plaintiff sent a inmate request to A.W. Bean (See Exhibit 4) seeking approval to purchase orthopedic shoes through outside vendor.

13) In response Plaintiff was informed that Access Securepak was the state issued catalog, and may order from canteen.

14) On information and belief Plaintiff sought outside assistance from his mother, some time around March 25-30, 2018 and asked her to contact Access and inquire if they sold orthopedic shoes.

Page 4A

15) Mother informed Plaintiff that Access Securpak did not sell orthopedic shoes, and that such information could be obtained by writting to company and inquiring.

16) On April 2, 2018 Plaintiff sent an Inmate Request to A.W. Bean (See Exhibit 5) seeking approval, stating, "I was informed that I must be approved by an A.W. as well as medical," and asking for his assistance with hardship.

17) Plaintiff was given same response and told in addition, the infirmary must issue if they are perscription.

18) On information and belief after above response Plaintiffs mother contacted A.W. Bean personally, and was told the denile of approval was due to some inmates previously approved, purchasing highly extravagant shoes costing $200.⁰⁰ - $300.⁰⁰, specificly lebrons, and such shoes being stolen. So to prevent such, approval was no longer being given.

19) On August 13, 2018 Plaintiff sent an inmate request to A.W. Bean (See Exhibit 6) continuing to seek approval, and requesting that a max purchase price of $110.⁰⁰ - $120.⁰⁰, amount of shoes sold via Access Secure pak be stipulated as to prevent overly extravagant shoes being possessed on compound.

20) In response Plaintiff was told shoes can only be purchased through Access Securepak or the Canteen if purchased by Plaintiff.

21) On October 8, 2018 Plaintiff filed an informal grievance (See Exhibit 7), claiming that along with the institution, A.W. Bean has shown Deliberate Indifference to ongoing pain and suffering, by arbitrarily refusing to approve the purchase of orthopedic support shoes, authorized/ordered by medical.

22) None of Plaintiffs grievances were responded to timely, yet all were

1. continuously rejected as improper, in clear error by A.W. Nash (See Exhibit 8-10)

23) On January 21, 2019 Plaintiff sent an inmate request to canteen (See Exhibit 11) to inquire if there was a order number for orthopedic support shoes.

24) In response Plaintiff was informed that orthopedic shoes must be ordered through medical.

25) On or around January 25, 2019 Plaintiff also sent a letter to Access Securepak inquiring if they sold orthopedic shoes.

26) On October 9, 2019 Plaintiff received a response from Access Securepak (See Exhibit 12) stating, orthopedic shoes were not sold by them.

27) On March 4, 2019 Plaintiff received 3rd rejection to grievance (See Exhibit 10) claiming, along with other erronous claims, that, inmate has chosen not to order from the canteen or Access Securepak.

28) So on March 10, 2019 Plaintiff sent another inmate request to canteen (See Exhibit 13), requesting the order number for orthopedic support shoes, so that a order may be placed.

29) Plaintiff received the response, that orthopedic shoes must be ordered through medical.

30) On October 16, 2019 Plaintiff sent an inmate request to A.W. Bean (See Exhibit 14) seeking relief from ongoing pain, and attempting to inform him that nethier canteen nor Access Securepak sold orthopedic support shoes.

31) In response Plaintiff was told "if these shoes are legitimate orthopedic shoes they must be purchased by medical".

32) On November 17, 2019 Plaintiff sent an Inmate Request to medical (See Exhibit 15) asking the proper procedure for having orthopedic support shoes purchased and provided.

33) In response Plaintiff was scheduled for an appointment.

34) On November 18, 2019 Plaintiff sent an inmate request to A.W. Bean (See Exhibit 16) in an attempt to prompt him to compel medical to purchase needed orthopedic support shoes, being that he want allow Plaintiff to purchase them personally.

35) To final inmate request Plaintiff received no response, nor were orthopedic shoes provided.

36) On or around January 12, 2020 Plaintiff was seen by medical for appointment scheduled in November 2019.

37) Medical provider informed Plaintiff that orthopedic shoes were not provided by medical at H.D.S.P.

38) Plaintiff then asked for a medical flat yard restriction, as pain was most severe when walking up the numerous hills around H.D.S.P.

39) Medical provider granted request for restriction to a flat yard, along with lower tier lower bunk restriction, and a third approval for Plaintiff to purchase orthopedic support shoes.

## D. CLAIMS FOR RELIEF

1) Defendants had actual knowledge that there were deficiencies in the medical care system, that created a risk of the kind of harm Plaintiff has suffered through, yet their disregard to the excessive risk to Plaintiffs health or safety, clearly displays their deliberate indifference. In violation of Plaintiffs Eighth Amendment right

2) Defendants have interfered, specifically, Bean, Nash, and Williams, with medical judgment by implementing rules and policies restricting Plaintiffs medical care on grounds unrelated to Plaintiffs

medical needs, and shown deliberate indifference by failing to carry
out responsibilities to make adequate care available or remedy unlawful
conditions that they know about, while maintaining policies that
interfere with adequate medical care. In violation of Plaintiffs
Eighth Amendment Constitutional right to protection against cruel
and unusual punishment, unnecessary infliction of pain, and
deliberate indifference to Plaintiffs serious medical needs.

3) Defendants interference has caused Plaintiff undue pain and suffering
for over a 27 month span, Plaintiff has had to forgo countless meals due
to the chronic feeling of pins and needles, accompanied by severe
tingling numbness in the lower left leg, down through foot. That would
make the walk up to the dinning hall unbearable, since August 2017,
and still to this day defendants have failed to respond to Plaintiffs
complaints of pain that has yet to go away.

4) Bean and Nash were very much so aware of this ongoing need for
relief of condition, yet continuously failed to act, and acting under the
color of law chose to disregard Plaintiffs injury and need for medical
treatment, and displayed deliberate indifference, causing the unnecessary
and wanton infliction of pain. In a continuous violation of Plaintiffs
Eighth Amendment right to protection against cruel and unusual
punishment.

5) Bean was made aware of Plaintiffs need and condition via numerous
inmate request, face to face communication with Plaintiff, and phone
conversations with plaintiffs mother.

6) Nash was aware of Plaintiffs need and condition as she rejected all
of Plaintiffs grievances.

7) Both Bean and Nash personally knew about Plaintiffs serious medical

need and failed to respond reasonably to it. Instead intentionally denied and delayed Plaintiffs access to treatment by interfering with the treatment that was ordered by medical provider. In violation of Plaintiffs Eighth Amendment Constitutional Rights.

8) Plaintiff had a right to medical treatment, Bean and Nash had a duty to see to it that Plaintiff received adequate treatment, given the known risk of impending harm to Plaintiffs health.

9) Defendant Prison Medical Providers have a policy of restricting, if not outright denying, care ordered

10) The failure of Defendant Prison Medical Providers to take steps to ensure that Plaintiff received the needed treatment, despite its knowledge of Plaintiffs serious medical needs, constituted deliberate indifference to Plaintiffs serious medical needs in violation of Plaintiffs Eighth Amendment Rights.

## COUNT III

The following civil rights has been violated: _____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ____ Yes  ✓ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)  Defendants: _____

b)  Name of court and docket number: _____

c)  Disposition (for example, was the case dismissed , appealed or is it still pending?):

    _____

d)  Issues raised: _____

    _____

    _____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

2)  Have you filed an action in federal court that was **dismissed because it was determined to**
    **be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
    ___ Yes   √ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than
    three actions dismissed based on the above reasons, describe the others on an additional page
    following the below outline.)

    Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)  Defendants: _____.

    b)  Name of court and case number: _____.

    c)  The case was dismissed because it was found to be (check one): _____ frivolous
        ____ malicious or ____ failed to state a claim upon which relief could be granted.

    d)  Issues raised: _____

        _____

    e)  Approximate date it was filed: _____

    f)  Approximate date of disposition: _____

    Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)  Defendants: _____.

    b)  Name of court and case number: _____.

6

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____

b)      Name of court and case number: _____

c)      The case was dismissed because it was found to be (check one): _____ frivolous
        _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)      Have you attempted to resolve the dispute stated in this action by seeking relief from the
        proper administrative officials, e.g., have you exhausted available administrative grievance
        procedures? ✓ Yes ____ No. If your answer is "No", did you not attempt administrative
        relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____
        state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole
        board decision; or (5) ____ other _____
        If your answer is "Yes", provide the following information. Grievance Number 2006-30-74842
        Date and institution where grievance was filed H.D.S.P. 10·8·18, 12·2·18, 1·21·19 .

        Response to grievance: All three were rejected, in error, claiming that
        claims or incidents previously filed, and inmate has received appropriate response and
        has chosen not to order from the Canteen or a State Issued Catalog (Access Securepak).

7

------------------------

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

A) Issue a declaratory Judgement stating that: The deliberate
indifference of Plaintiffs medical treatment by the Defendants,
violated the Plaintiffs rights under the Eighth Amendment to the United
States Constitution and constituted cruel and unusual punishment and
an unnecessary and wanton infliction of pain.
B) Issue an Injunction ordering defendant Dzurenda, Williams or
their agents to:

I understand that a false statement or answer to any question in this complaint will
subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY
UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE
FOREGOING IS TRUE AND CORRECT.**  See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

3.24.2020
_____
(Date)

------------------------------
(Additional space if needed; identify what is being continued)

Request For Relief
Continued on 8A

1) Immediately arrange for Plaintiff to order orthopedic shoes from an outside vendor (Eastbay, Finish Line, Nike, Adidas, New Balance etc.) as to receive treatment ordered by medical.

2) Mandate that Plaintiff may continue to order shoes in above stated manner until condition no longer exist, and with order from medical.

C) Award Compensatory damages in the following amount:

1) $61,725.00 jointly and severally against Defendants Williams, Bean, Nash and H.D.S.P. Medical provider. $75.00 a day for the 823 days of physical harm sustained as a result of lack of treatment.

2) Plaintiff separately and in addition seeks compensatory damages in the following amount $20,575 jointly and severally against Defendants Williams, Bean, Nash, and H.D.S.P. Medical Provider. $25.00 a day, for the mental or emotional distress resulting from 823 days of prolonged denile of medical treatment.

D) Award Punitive damages in the following amount:

1) $2,500.00 each against defendants Williams, Bean, Nash, and H.D.S.P. Medical Provider.

E) Grant such other relief as it may appear that plaintiff is entitled.



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

RECEIVED
ENTERED                    SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 30 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                         DEPUTY

**ISSUE ID#   20063057881**                      **ISSUE DATE:   12/01/2017**

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| REED, LEE | 1105428 | RTRN_INF | JCABRERA |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 12/26/2017 | 4 | Denied | MTROTTER | A |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|

Inmate LEE REED, I am in receipt of your grievance 2006-30-57881 as it relates to your request to see medical due to numbness and tingling to your left leg. Per AR 617.01, your request to see medical will be "conducted on a first come, first serve basis"; and therefore, you were never denied medical treatment. According to your medical file, you were seen in Urgent Clinic on December 22, 2017. Per DOC 2518 and DOC 2519, the provider saw you and ordered for you to be allowed to order orthopedic shoes from a state-issued catalog.

GRIEVANCE: Denied



_____  CWIII
*GRIEVANCE RESPONDER*

Report Name: NVRIGR                                          Page 3 of 4
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   DEC-26-17 03:30 PM



Exhibit 2

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7A-9 | 2·26·18 |

4.) __REQUEST FORM TO:__  (CHECK BOX)  ___MENTAL HEALTH  ___CANTEEN

___CASEWORKER  ___MEDICAL  ___LAW LIBRARY  ___DENTAL

___EDUCATION  ___VISITING  ___SHIFT COMMAND

___LAUNDRY  ___PROPERTY ROOM  ✓OTHER _A.W._

5.) __NAME OF INDIVIDUAL TO CONTACT:__ _____

6.) __REQUEST:__ (PRINT BELOW) _I respectfully send this request, seeking Confirmation that the Eastbay catalog is a approved vendor for purchasing orthopedic support shoes._

7.) INMATE SIGNATURE _____  DOC # _1105428_

8.) RECEIVING STAFF SIGNATURE _____  DATE _____

***

### 9.) RESPONSE TO INMATE

_To Get Shoes for Medical Purposes you have to have approved by Medical and an AW and Medical has To Purchase_

10.) RESPONDING STAFF SIGNATURE _____  DATE _____  FEB 28 2018

DOC - 3012 (REV. 7/01)

### INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7A-9 | 3·4·18 |

4.) __REQUEST FORM TO:__ (CHECK BOX)

___CASEWORKER    ✓MEDICAL    ___MENTAL HEALTH    ___CANTEEN

___EDUCATION    ___VISITING    ___LAW LIBRARY    ___DENTAL

___LAUNDRY    ___PROPERTY ROOM    ___SHIFT COMMAND

                                                           ___OTHER_____

5.) __NAME OF INDIVIDUAL TO CONTACT:__ George

6.) __REQUEST:__ (PRINT BELOW) I respectfully send this request regarding two things. First being, I received a grievance response, stating, "per Doc 2518 and Doc 2519, the provider saw you and ordered for you to be allowed to order orthopedic shoes from a state issued catalog Is this true? And Second if so what is the process for ordering Shoes, is it through the Eastbay Catalog? I would appreciate your assistance in helping me understand the procedure. Thank You very much and God Bless.

7.) INMATE SIGNATURE _____ DOC # 1105428

8.) RECEIVING STAFF SIGNATURE _____ DATE 3/4/18

*************************************************

### 9.) RESPONSE TO INMATE

3/8/18 The order on 12/22/17 says "May have/order orthopedic shoes from state catalogue" Per Canteen, you have to fill out a special order for provided by the officers in the unit

10.) RESPONDING STAFF SIGNATURE _____ DATE _____

DOC-2012 (REV 7/01)



**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B-12 | 3-25-18 |

4.) **REQUEST FORM TO:** (CHECK BOX)    __ MENTAL HEALTH    __ CANTEEN

__ CASEWORKER    __ MEDICAL    __ LAW LIBRARY    __ DENTAL

__ EDUCATION    __ VISITING    __ SHIFT COMMAND

__ LAUNDRY    __ PROPERTY ROOM    ✓ OTHER _AW_

5.) **NAME OF INDIVIDUAL TO CONTACT:** _A.W. Bean_

6.) **REQUEST:** ( PRINT BELOW) _I respectfully send this request, regarding approval to purchase orthropedic shoes, through outside vendor. I've attached my grievance response, which states the medical provider order I be allowe to order orthropedic shoes. (Grievance # 20063057881 Attached please return for records). Thank you for your time and assistance._

7.) **INMATE SIGNATURE** _[signature]_    DOC # _1105428_

8.) **RECEIVING STAFF SIGNATURE** _C/O_    DATE _3-25-18_

**9.) RESPONSE TO INMATE**

_State issue catalog means Access secure pak. you may order from canteen._

10.) **RESPONDING STAFF SIGNATURE** _[signature]_    DATE _4/5/18_

DOC – 3012 (REV. 7/01)

EXHIBIT 6

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B 12 | 4·2·18 |

**4.) REQUEST FORM TO: (CHECK BOX)**

___MENTAL HEALTH     ___CANTEEN

___CASEWORKER     ___MEDICAL     ___LAW LIBRARY     ___DENTAL

___EDUCATION     ___VISITING     ___SHIFT COMMAND

___LAUNDRY     ___PROPERTY ROOM     ✓OTHER _AW_

**5.) NAME OF INDIVIDUAL TO CONTACT:** A.W. Bean

**6.) REQUEST: (PRINT BELOW)** I respectfully send this request for the second time, seeking approval to purchase orthopedic support shoes. I have been approved by medical and was informed that I must be approved by an A.W. as well. Once again please assist me with this hardship. Your time is highly valued –

**7.) INMATE SIGNATURE** _____ DOC # 1105428

**8.) RECEIVING STAFF SIGNATURE** _____ DATE 4/2/18

**9.) RESPONSE TO INMATE**

All shoes ordered must be from Access secure Pak or canteen. If they are perscription, the infirmary must issue.

**10.) RESPONDING STAFF SIGNATURE** _____ DATE 4/8/18

DOC - 3012 (REV. 7/01)

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B-12 | 8·13·18 |

4.) UNDERLINE REQUEST FORM TO: (CHECK BOX)

___ MENTAL HEALTH  ___ CANTEEN
___ CASEWORKER  ___ MEDICAL  ___ LAW LIBRARY  ___ DENTAL
___ EDUCATION  ___ VISITING  ___ SHIFT COMMAND
___ LAUNDRY  ___ PROPERTY ROOM  ✓OTHER _A·W_

5.) NAME OF INDIVIDUAL TO CONTACT: _A.W. Bean_

6.) REQUEST: (PRINT BELOW) I respectfully send this request, in regards to approval to purchase orthopedic support shoes. I spoke to you months ago in the card room, and you informed me that you were talking with medical about them providing them for me, and said you'd have a answer in about a week. Nothing has changed in my discomfort in my leg and foot, and I simply seek to be approved to, at my own cost, purchase my own shoes that medical has approved. If style and price is the issue, place a max purchase price of $120.00 of 110.00 amount of shoes sold via package.

7.) INMATE SIGNATURE _____  DOC # _1105428_

8.) RECEIVING STAFF SIGNATURE _____  DATE _____

**************************************************************

9.) RESPONSE TO INMATE

If any shoes purchased by you can only be purchased through access secure pak or the canteen.

_____
_____
_____
_____
_____

10.) RESPONDING STAFF SIGNATURE _____  DATE _8/20/18_

DOC – 3012 (REV. 7/01)

*Exhibit 6*

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B-12 | 8·13·18 |

4.) **REQUEST FORM TO:** (CHECK BOX)

| | | __ MENTAL HEALTH | __ CANTEEN |
|---|---|---|---|
| __ CASEWORKER | __ MEDICAL | __ LAW LIBRARY | __ DENTAL |
| __ EDUCATION | __ VISITING | __ SHIFT COMMAND | |
| __ LAUNDRY | __ PROPERTY ROOM | ✓ OTHER _A.W_ | |

5.) <u>NAME OF INDIVIDUAL TO CONTACT:</u> _A.W. Bean_

6.) <u>REQUEST:</u> ( PRINT BELOW) _I respectfully send this request, in regards to approval to purchase orthopedic support shoes. I spoke to you months ago in the card room, and you informed me that you were talking with medical about them providing them for me, and said you'd have a answer in about a week. Nothing has changed in my discomfort in my leg and foot, and I simply seek to be ___ to, at my own cost, purchase my own shoes that medical has ___ If style and price is the issue, place a max purchase price of $1___. amount of shoes sold via package._

7.) INMATE SIGNATURE _____ DOC # _1105__

8.) RECEIVING STAFF SIGNATURE _____ DATE ____
*****************************************************************

9.) <u>RESPONSE TO INMATE</u>

_If any shoes purchased by you can only ___ through Access secure pak or the canteen._

10.) RESPONDING STAFF SIGNATURE _____


Log Number *2006-30-7484/2*

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: *Lee Reed*     I.D. NUMBER: *1105428*

INSTITUTION: *High Desert State Prison*    UNIT: *7B-12*

GRIEVANT'S STATEMENT: *Along with this institution, A.W. Bean has shown delibemte indifference to my pain and suffering. By arbitrarily refusing to allow me to purchase shoes that provide me orthopedic support, which medical has authorized/ordered I'd be approved to do. (see Exhibit A) A.W. Bean has chosen to continuously deny (see Exhibit B1,B2)* (Pg 1 of 2)

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: *10.8.18* TIME: *8:00 Pm*

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: *11/2/18* TIME: *1:00 put*

GRIEVANCE RESPONSE: *DOC 3098 - Duplicate*

_____

_____

_____

CASEWORKER SIGNATURE: _____ DATE: *12/11/18*

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: *12-9-18*

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: *12.11.18*

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

**RECEIVED**

NOV 02 2018

HDSP

DOC 3091 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Lee Reed_    I.D. NUMBER: _1105428_

INSTITUTION: _High Desert State Prison_    UNIT #: _7B-12_

GRIEVANCE #: _____    GRIEVANCE LEVEL: _Informal_

GRIEVANT'S STATEMENT CONTINUATION:    PG. _2_    OF _2_

approval, even through records will show others have and are approved. So rather or not I'm approved, Bean and this institution (due to denying medical authorization to purchase orthopedic shoes) believes its better that I recieve no treatment at all for my gunshot wound, that is causeing me chronic periodic pain. For I've gone a year now since I've brought my condition to medicals attention. Yet to this day nothing has changed in my condition, due to nothing being done to change it. (Remedy Sought): To be allowed to purchase support shoes from either Eastbay, Finishline, or Footlocker catalogs at my own expense, and recieve them through the medical division of NDOC. To be transfered to a flat ground yard (I am already pending transfer to Warm Springs) and to recieve a lower bunk/tier restriction. All of which should cure my pain and suffering.

Original:    Attached to Grievance
Pink:    Inmate's Copy

RECEIVED
NOV 02 2018
HDSP

DOC - 3097 (01/02)

Exhibit #3,
A



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20063057881        **ISSUE DATE:** 12/01/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| REED, LEE | 1105428 | RTRN_INF | JCABRERA |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 12/26/2017 | 4 | Denied | MTROTTER | A |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

Inmate LEE REED, I am in receipt of your grievance 2006-30-57881 as it relates to your request to see medical due to numbness and tingling to your left leg. Per AR 617.01, your request to see medical will be "conducted on a first come, first serve basis"; and therefore, you were never denied medical treatment. According to your medical file, you were seen in Urgent Clinic on December 22, 2017. Per DOC 2518 and DOC 2519, the provider saw you and ordered for you to be allowed to order orthopedic shoes from a state-issued catalog.

GRIEVANCE: Denied

*GRIEVANCE RESPONDER*    CNIII

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: DEC-26-17 03:30 PM

RECEIVED

NOV 02 2018

HDSP

Exhibit #7
B1

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B-12 | 3-25-18 |

4.) __REQUEST FORM TO:__ (CHECK BOX)

___ CASEWORKER     ___ MEDICAL     ___ MENTAL HEALTH     ___ CANTEEN

___ EDUCATION     ___ VISITING     ___ LAW LIBRARY     ___ DENTAL

___ LAUNDRY     ___ PROPERTY ROOM     ___ SHIFT COMMAND

       ✓ OTHER _AW_

5.) __NAME OF INDIVIDUAL TO CONTACT:__ A.W. Bean

6.) __REQUEST:__ ( PRINT BELOW) I respectfully send this request, regarding approval to purchase orthopedic shoes, through outside vendor. I've attached my grievance response, which states the medical provider order I be allowed to order orthopedic shoes. (Grievance #20063057881 Attached please return for records). Thank you for your time and assistance.

7.) INMATE SIGNATURE _____ @     DOC # 1105428

8.) RECEIVING STAFF SIGNATURE __C/O_____     DATE 3-25-18

*********************************************************************

9.) RESPONSE TO INMATE

State issue catalog means Access secure pak. You may order from canteen.

10.) RESPONDING STAFF SIGNATURE _____     DATE 4/5/18

RECEIVED

Exhibit 7
BJ

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7B-12 | 8·13·18 |

4.) REQUEST FORM TO: (CHECK BOX)

___ CASEWORKER  ___ MEDICAL  ___ MENTAL HEALTH  ___ CANTEEN

___ EDUCATION  ___ VISITING  ___ LAW LIBRARY  ___ DENTAL

___ LAUNDRY  ___ PROPERTY ROOM  ___ SHIFT COMMAND

✓OTHER A.W

5.) NAME OF INDIVIDUAL TO CONTACT: A.W. Bean

6.) REQUEST: ( PRINT BELOW) I respectfully send this request, in regards to approval to purchase orthopedic support shoes. I spoke to you months ago in the card room, and you informed me that you were talking with medical about them providing them for me, and said you'd have a answer in about a week. Nothing has changed in my discomfort in my leg and foot, and I simply seek to be approved to, at my own cost, purchase my own shoes that medical has approved. If style and price is the issue, place a max purchase price of $120.00 of 10. amount of shoes sold via package.

7.) INMATE SIGNATURE _____ DOC # 1105428

8.) RECEIVING STAFF SIGNATURE _____ DATE _____
********************************************************************

9.) RESPONSE TO INMATE

If any shoes purchased by you can only be purchased through Access secure pak or the canteen.

10.) RESPONDING STAFF SIGNATURE _____ DATE 8/20/18

RECEIVED

NOV 02 2018

DOC – 3012 (REV. 7/01)



# Nevada Department of Corrections
## Improper Grievance Memo – High Desert State Prison

Brian Sandoval
*Governor*

James Dzurenda
*Director*

Brian E. Williams, Sr.
*Warden, HDSP*

TO: <u>Reed, Lee</u>     1105428     7B/12B
FROM: <u>J. Nash, AW</u>
DATE: <u>11/30/2018</u>
RE: Improper Grievance #2006-30-74842     1st   Reject     First Level Grievance

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740 due to the following:**

☐ Non-grievable issue.
    ☐ State and federal court decision.
    ☐ State, federal and local laws and regulations.
    ☐ Parole Board decision.
    ☐ Lacks Standing

☐ Grievance is not dated. Per AR 740.03 number 6B, an inmate's election **not to sign and date** this form at any level shall constitute abandonment of the claim.

☐ Untimely submission.

■ <u>**Abuse of Inmate Grievance Procedure.**</u>
    ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.
    ☐ A threat of serious bodily injury to a specific individual.
    ■ <u>**Specific claims or incidents previously filed by the same inmate. This is a duplicate of grievance number 2006-30-57881. Inmate received an appropriate response and has chosen not to order from the Canteen or a State Issued Catalog (Access Secure Pak).**</u>
    ☐ More than one (1) grievance per week, Monday through Sunday.
    ☐ More than two (2) unfounded, frivolous or vexatious grievances per month.

---

**After correcting the deficiencies listed below, you may re-submit your grievance.**

☐ The grievance contains more than one (1) appropriate issue. Per AR 740.09 number 2F, it is considered abuse of the inmate grievance procedure when an inmate files a grievance that contains **more than one (1) appropriate issue** per grievance.

☐ No factual harm/loss noted **and/or** no remedy requested. Per AR 740.03 number 1a, If the inmate does not factually demonstrate a **loss or harm** and does not state the action or **remedy** that will satisfy the claim in the grievance, the grievance will be "DISMISSED" and returned to the inmate.

☐ Other:

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____     _____     _____     _____
Witness Signature     Date     Inmate Signature     Date
cc: Original – Inmate     Copy - Grievance File

DOC-3098 (01/17)



# Nevada Department of Corrections
## Improper Grievance Memo

Steve Sisolak
*Governor*

James Dzurenda
*Director*

Brian E. Williams, Sr.
*Warden, HDSP*

TO: <u>Reed, Lee</u> #1105428     HDSP: U7-B12

FROM: <u>J. Nash, AW</u>

DATE: <u>2/19/2019</u>

RE: Improper Grievance #2006-30-74842 First Level Grievance 1st Rejection

The attached grievance is being returned to you for the following reason(s):

| This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following: |
|---|
| ☐ Non-grievable issue. |
|     ☐ State and federal court decision. |
|     ☐ State, federal and local laws and regulations. |
|     ☐ Parole Board decision. |
|     ☐ Lacks standing. |
| ☐ Untimely submission. |
| ☐ Abuse of Inmate Grievance Procedure. |
|     ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory. |
|     ☐ A threat of serious bodily injury to a specific individual. |
|     ☐ Specific claims or incidents previously filed by the same inmate. |
|     ☐ More than one (1) grievance per week, Monday through Sunday. |
|     ☐ More than two (2) unfounded, frivolous or vexatious grievances per month. |
|     ☐ Alteration of the grievance form or continuation forms. This includes writing more than one line, on each line provided on the grievance form, and writing along the sides, tops and bottoms. |

| After correcting the deficiencies(s) listed below; you may re-submit your grievance. |
|---|
| ☐ The grievance contains more than one (1) appropriate issue. |
| ☐ No factual harm/loss noted and/or no remedy requested. |
| ☒ Other; specify: The Informal submissions and responses were not included with the First Level submission. Per AR 740 please attach informal grievances and responses and resubmit at the first level. |

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

_____    3/4/19      X_____    X 3.4.19

Witness Signature     Date        Inmate Signature     Date

cc: Original – Inmate     Copy - Grievance File

DOC-3098 (01/17)



# Nevada Department of Corrections
## Improper Grievance Memo

Steve Sisolak
*Governor*

James Dzurenda
*Director*

Brian E. Williams, Sr.
*Warden, HDSP*

TO: <u>Reed, Lee</u>   #1105428        HDSP 7B12B

FROM: <u>J. Nash, AW</u>

DATE: <u>2/21/2019</u>

RE: Improper Grievance <u>#2006-30-74842 Informal Level Grievance 3rd Rejection</u>

The attached grievance is being returned to you for the following reason(s):

---

**This grievance may NOT proceed to the next level Per AR 740.03,5 due to the following:**

☐ Non-grievable issue.
  ☐ State and federal court decision.

  ☐ State, federal and local laws and regulations.

  ☐ Parole Board decision.

  ☐ Lacks standing.

☐ Untimely submission.

☒ Abuse of Inmate Grievance Procedure.
  ☐ Any language, writing or illustration deemed to be obscene, profane or derogatory.

  ☐ A threat of serious bodily injury to a specific individual.

  ☒ Specific claims or incidents previously filed by the same inmate. This is a duplicate of grievance number 2006-30-57881. Inmate received an appropriate response and has chosen not to order from the Canteen or a State Issued Catalog (Access Secure Pak).

  ☐ More than one (1) grievance per week, Monday through Sunday.

  ☐ More than two (2) unfounded, frivolous or vexatious grievances per month.
  ☐ Alteration of the grievance form or continuation forms. This includes writing more than one line, on each line provided on the grievance form, and writing along the sides, tops and bottoms.

---

**After correcting the deficiencies(s) listed below; you may re-submit your grievance.**

☐ The grievance contains more than one (1) appropriate issue.

☐ No factual harm/loss noted and/or no remedy requested.

☐ Other; specify:

---

Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

| Witness Signature | Date | Inmate Signature | Date |
|---|---|---|---|
|  | 3/4/19 |  | 3·4·19 |

cc: Original – Inmate        Copy - Grievance File

DOC-3098 (01/17)

LOG NUMBER: *2006-30-74842*

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: *Lee Reed*                                    I.D. NUMBER: *1105428*

INSTITUTION: *High Desert State Prison*        UNIT: *7B-12*

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER *2006-30-74842*, ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: *[signature]*                          DATE: *1·21·19*

WHY DISAGREE: *My first level grievance is 50 days submitted with no response. So I am continuing my process at the second level. Along with this institution, A.W. Bean has shown deliberate indifference to my pain and suffering, by arbitrarily refusing to allow me to purchase shoes that provide me orthopedic support, which medical has*

GRIEVANCE COORDINATOR SIGNATURE: *[signature]*          DATE: *1/24/19*

SECOND LEVEL RESPONSE: *DOC 3098*

_____ GRIEVANCE UPHELD _____ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: _____ DATE: _____

GRIEVANCE COORDINATOR SIGNATURE: *[signature]*     DATE: *2-21-19*

INMATE SIGNATURE: *[signature]*                              DATE: *3·4·19*

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DOC 3094 (12/01)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Lee Reed_      I.D. NUMBER: _1105428_

INSTITUTION: _High Desert State Prison_      UNIT #: _7B-12_

GRIEVANCE #: _2006-30-74842_      GRIEVANCE LEVEL: _Second level_

GRIEVANT'S STATEMENT CONTINUATION:      PG. _2_ OF _2_

authorized/ordered I'd be approved to do. (see Exhibit A) A.W.
Bean has chosen to continueously deny (see Exhibit B1-B2) my
approval, even though records will show others have and
are approved. So rather or not I'm approved, Bean and this
institution (due to denying medical authorization to purchase
orthopedic shoes) believes it's better that I recieve no treat-
ment at all for my gunshot wound, that is causing me chronic
periodic pain. For I've gone a year now since I've brought
my condition to medicals attention. Yet to this day nothing
has changed in my condition, due to nothing being done
to change it. (Remedy Sought): To be allowed to purchase
support shoes from either Eastbay, Finishline, or Footlocker
Catalogs at my own expense, and receive them through the
medical division of N.D.O.C., to receive a lower bunk/Tier
restriction. All of which should cure my pain and
suffering.

Original:      Attached to Grievance
Pink:      Inmate's Copy

DOC – 3097 (01/02)

Case 2:20-cv-00623-RFB-EJY Document 17-1 Filed 04/14/20 Page 33 of 38

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 71B - 12 | 1·21·19 |

4. ) __REQUEST FORM TO:__ (CHECK BOX)    ___MENTAL HEALTH   ✓CANTEEN

___CASEWORKER   ___MEDICAL   ___LAW LIBRARY   ___DENTAL

___EDUCATION   ___VISITING   ___SHIFT COMMAND

___LAUNDRY   ___PROPERTY ROOM   ___OTHER_____

5.) __NAME OF INDIVIDUAL TO CONTACT:__ _____

6.) __REQUEST:__ (PRINT BELOW) _I respectfully request the order number for orthopedic support shoes. So I may place a order._

7.) INMATE SIGNATURE _____ DOC # 1105428

8.) RECEIVING STAFF SIGNATURE _____ DATE 1-21-19

*********************************************************************

9.) RESPONSE TO INMATE

_Orthopedic Shoes must be Ordered through Medical_

10.) RESPONDING STAFF SIGNATURE _____ DATE 1-23-19

DOC - 3012 (REV. 7/01)

Exhibit 12



Dear Customer:

      Thank you for your continued business with Access Securepak.  Unfortunately we are unable to process your order due to the following reason(s):

_____ No size indicated

_____ Item(s) Restricted

_____ Credit Card Declined or the Credit Card Number is invalid

_____ No payment received with the order

_____ Need approval form (Original or Copy)

_____ No order or inmate information received with the payment (Please resubmit with the information)

_____ Insufficient funds received (Please resubmit with an additional $ _____ )

_____ No housing information or PO Box listed (Please resubmit with the information)

_____ Inmate not eligible for a package at this time (Please contact facility for information)

_____ Order postmarked or received after the program ended

_____ Order limit has been met for the quarter/program

_____ We do not accept personal checks as a form of payment

_____ Catalog unavailable at this time. Re-submit request after _____, or contact your prison's business office for further assistance.

✗ Other: _I'm sorry but we don't sell orthapedic shoes. I can send you order forms if you like to see what we offer. Please enjoy your day!_

If you have any additional questions, please contact us at 1-800-546-6283.

10880 Lin Page Place ● St. Louis, MO 63132 ● 1-800-546-6283 ● www.accesscatalog.com

Exhibit 15

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| lee Reed | 1105428 | 7B 12 | 3·10·19 |

4.) __REQUEST FORM TO__: (CHECK BOX)    ___MENTAL HEALTH    ✓CANTEEN

___CASEWORKER    ___MEDICAL    ___LAW LIBRARY    ___DENTAL

___EDUCATION    ___VISITING    ___SHIFT COMMAND

___LAUNDRY    ___PROPERTY ROOM    ___OTHER_____

5.) __NAME OF INDIVIDUAL TO CONTACT__: _____

6.) __REQUEST__: (PRINT BELOW) I respectfully request the order number
for orthopedic support Shoes. So I may place a order

7.) INMATE SIGNATURE _____    DOC # 1105428

8.) RECEIVING STAFF SIGNATURE ___C/O KING___    DATE 3/10/19

### 9.) RESPONSE TO INMATE

Orthopedic Shoes must be Ordered through medical

10.) RESPONDING STAFF SIGNATURE _____    DATE 3·12·19

DOC - 3012 (REV. 7/01)

Exhibit 14

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7A 9 | 10·16·19 |

4.) **REQUEST FORM TO:** (CHECK BOX)   ___MENTAL HEALTH   ___CANTEEN

___CASEWORKER   ___MEDICAL   *___LAW LIBRARY   ___DENTAL

___EDUCATION   ___VISITING   ___SHIFT COMMAND

___LAUNDRY   ___PROPERTY ROOM   ✓OTHER _A.W._

5.) NAME OF INDIVIDUAL TO CONTACT: _A.W. Bean_

6.) **REQUEST:** (PRINT BELOW) I respectfully send this request, in a continued attempt to gain your approval to purchase Orthopedic support Shoes. You've given me the same response, yet neither canteen nor Access secure Pak sell orthopedic support shoes. Yet and still I simply seek your approval so that I may purchase orthopedics through medical. Once again Medical has already given me multiple approvals, so that I may find some form of relief from my on going pain.

7.) INMATE SIGNATURE _[signature]_   DOC # 1105428

8.) RECEIVING STAFF SIGNATURE _SC/O Hong_   DATE 10-06-2019

**9.) RESPONSE TO INMATE**

If these shoes are legitimate orthopedic shoes they must be purchased by medical.

10.) RESPONDING STAFF SIGNATURE _[signature]_   DATE 10/31/19

DOC - 3012 (REV. 7/01)

*Exhibit 15*



## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Lee Reed | 1105428 | 7A-9 | 11·17·19 |

**4.) REQUEST FORM TO:** (CHECK BOX)

__CASEWORKER ✓MEDICAL __MENTAL HEALTH __CANTEEN

__EDUCATION __VISITING __LAW LIBRARY __DENTAL

__LAUNDRY __PROPERTY ROOM __SHIFT COMMAND

__OTHER_____

**5.) NAME OF INDIVIDUAL TO CONTACT:** _____

**6.) REQUEST:** (PRINT BELOW) Who do I contact about having orthopedic support shoes purchased for me. I've been approved by medical on two occasions to purchase them myself, yet I have been informed that medical Must purchase them for me. Please give me needed orthopedics, as I've been suffering for to long, pain has been existing since 2017. I am well in need of relief to be provided. Orthopedic shoes are provided by medical right? If not what is the proper procedure.

**7.) INMATE SIGNATURE** _____ DOC # 1105428

**8.) RECEIVING STAFF SIGNATURE** _____ DATE 11-18-19

**9.) RESPONSE TO INMATE**

You are scheduled and will be notified the day of your appointment.

_____,RN

NOV 1 9 REC'D

**10.) RESPONDING STAFF SIGNATURE** _____ DATE _____

DOC - 3012 (REV. 7/01)

Exhibit 16

## INMATE REQUEST FORM

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Joe Reed | 1105498 | 7A · 9 | 11·18·19 |

4. ) **REQUEST FORM TO:** (CHECK BOX)   ___MENTAL HEALTH   ___CANTEEN

___CASEWORKER   ___MEDICAL   ___LAW LIBRARY   ___DENTAL

___EDUCATION   ___VISITING   ___SHIFT COMMAND

___LAUNDRY   ___PROPERTY ROOM   ✓OTHER  A.W.

5.) **NAME OF INDIVIDUAL TO CONTACT:**  A.W. Bean

6.) **REQUEST:** (PRINT BELOW)  If my orthopedic support shoes, which are legitimate (as medical has already approved me to have them) must be purchased by medical, why is that you have not compelled them to purchase them, when you are well aware that I am in pain and am in need of them? You tell me as it is something that I can make them do. If you are not going to allow me to purchase them myself, do your job as the A.W. and make them do their's and provide my shoes. It's been two years of pain and suffering.

7.) **INMATE SIGNATURE**  ___Joe Reed___   **DOC #** 1105498

8.) **RECEIVING STAFF SIGNATURE** _____   **DATE** 11/15/19

*********************************************************

### 9.) RESPONSE TO INMATE

_____

_____

_____

_____

_____

_____

_____

10.) **RESPONDING STAFF SIGNATURE** _____  **DATE** _____

DOC - 3012 (REV. 7/01)